## GRANT *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 83, September Term, 1965.]

*Decided January 6, 1966.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, OPPENHEIMER and McWILLIAMS, JJ.

740

PER CURIAM.

For the reasons set forth in the opinion of Judge Macgill in the lower court, the application for leave to appeal is denied.

*Application denied.*